UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Pensacola_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

_Erlin J. Howes_

Inmate # _O·165943_

(Enter full name of Plaintiff)

vs.

CASE NO: _3:14cv00320-LC-CJK_

(To be assigned by Clerk)

_Co-1 officer Walter White_,

_Co-1 officer W. Dukes_,

_SGT. SHawn Norris_

_L.T. Mark Goldhagon_,

_Major Herbert Foskey_.

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.    PLAINTIFF:

State your _full name_, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:    _Erlin James Howes_

Inmate Number        _#O-165943_

Prison or Jail:      _Santa Rosa Corr. Inst._

Mailing address:    _5850 E. Milton Rd._

_Milton, Florida_

_32583_

## II.    DEFENDANT(S):

State the _name_ of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)    Defendant's name:    _W. Dukes_

Official position:    _Co-1 / Yard officer_

Employed at:      _Santa Rosa Corr. Inst._

Mailing address:    _5850 E. Milton Rd_

_Milton, Florida 32583_

(2)    Defendant's name:    _Walter White_

Official position:    _Co-i / F-dorm officer_

Employed at:      _Santa Rosa Corr. Inst._

Mailing address:    _5850 E. Milton Rd._

_Milton, Florida 32583_

(3)    Defendant's name:    _Shawn Norris_

Official position:    _Sgt. of F-Dorm_

Employed at:      _Santa Rosa Corr. Inst._

Mailing address:    _5850 E. Milton Rd._

_Milton, Florida 32583_

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

(4) Defendants Name: L.T Mark Goldhagen

official position: L.T /shift Supervisor

Employed at: Santa Rosa Corr. Inst.

Mailing address: 5850 E. Milton Rd.

Milton, Florida 32583


(5) Defendants Name: Major Herbert Foskey

official position: Major / Corr. officers Chiefs' name

Employed at: Santa Rosa Corr. Inst.

Mailing address: 5850 E. Milton Rd.

Milton, Florida 32583

Cont. page #2

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE
FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF
ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding
conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff
must submit copies of all grievances, appeals, and responses with this complaint to verify
exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

A.    DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA
      DEPARTMENT OF CORRECTIONS?

                    Yes( Y )                    No(   )

[If your answer is NO, proceed to Question B. If your answer is YES, answer all
of the following questions in this subsection.]

    1.    Informal Grievance

    a.    Did you submit an informal grievance?

          Yes( ✓ )                    No(   )

          ❖ If so, you must attach a copy of the grievance and response; exhibit _A_ .

    b.    If not, why? _Many were submitted, No Response Last was submitted_
          _on 6/13/13 to Col. White at Santa Rosa CI from RMC when_
    2.    Formal Grievance _I was sent there to have Reconstructive Surgery done on_
          _my face after it was crushed on both sides by an officer_
    a.    Did you submit a formal grievance? _Boot, in which the Boot Print is still starred into_
          _my face, Left side._
          Yes( ✓ )                    No(   )

          ❖ If so, you must attach a copy of the grievance and response; exhibit _B_ .

    b.    If not, why? _I've submitted a lot of them even to the I.G.s_
          _office._

    3.    Appeal to the Office of the Secretary

    a.    Did you submit an appeal to the Office of the Secretary?

          Yes( ✓ )                    No(   )

          ❖ If so, you must attach a copy of the appeal and response; exhibit _C_ .

    b.    If not, why? _They kept throwing it off on the I.G's office_

3

4.    **Disciplinary Actions**

a.    Did you have a disciplinary hearing concerning this matter? *The defendants involved claimed I had a seizure.*

    Yes( )                    No( ✓)

    ❖ If so, you must attach a copy of the disciplinary report and disciplinary
    hearing team's findings and decision to this form; exhibit *N/A*

b.    Did you lose gaintime as a result of the disciplinary hearing?

    Yes( )                    No( ✓)

c.    Has the gaintime since been restored?

    Yes( ✓ ) *— N/A —* No( ✓)

B.    **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY
JAIL OR DETENTION CENTER?**

    Yes( ✓ )                    No( )

[If your answer is NO, proceed to Section IV of the complaint form.
If your answer is YES, answer the following questions.]

1.    Is there a grievance procedure at your institution or jail?

    Yes( ✓ )                    No( )

[If your answer is NO, proceed to Section IV of the complaint form.  If your
answer is YES, answer all of the following questions in this subsection.]

2.    Did you submit a grievance concerning the facts relating to your complaint?

    Yes( ✓ ) *"Many of them.* No( )

3.    If your answer is YES:

    a. What steps did you take? *Informal, Formal, Warden, Secretary, ICs office, Inspectors, Classification*
    b. What were the results? *"No Results at all"* *ICT board, State class My Family*

    ❖ If so, you must attach a copy of the grievance and response; exhibit *N/A*

4.    If your answer is NO, explain why not: *No one wanted to respond to my request or Grievances or talk to my family when they called to inquire about why or what happened to me.*

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL
OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED,
THAT FACT MUST BE DISCLOSED AS WELL.

IV.    PREVIOUS LAWSUITS

A.    Have you initiated other actions in **state court** dealing with the same or similar
facts/issues involved in this action?
Yes( ✓ )        No( )

1. Parties to previous action:
   a.    Plaintiff(s): _Erlin Howes_
   b.    Defendant(s): _State Corr. officers'_
2. Name of judge: _LC/CJK_        Case #: _3:13CV443-LC/CJK_
3. County and judicial circuit: _Pensacola Division (USDC)_
4. Name of judge: _Charles J. Kahn, JR., Magistrate Judge_
5. Approximate filing date: _? 6/25/13? Not Sure_
6. If not still pending, date of dismissal: _5/21/14 asked for dismissal without Prejudice._
7. Reason for dismissal: _2nd Series of assaults & I now have names of who assaulted ME._
8. Facts and claims of case: _was assaulted by 3 officers' who Crushed the right & left sides of my face, to the point Reconstructive surgery was needed._

   **(Attach additional pages as necessary to list state court cases.)**

B.    Have you initiated other actions in **federal court** dealing with the same or similar
facts/issues involved in this action?

Yes( ✓ )        No( )

1. Parties to previous action:
   a.    Plaintiff(s): _Erlin Howes_
   b.    Defendant(s): _Classification at Reception Medical Center (RMC)_
2. District and judicial division: _U.S.D.C. Jacksonville Division_
3. Name of judge: _Brian J. Davis USDC_    Case #: _3:14-CV-00413-BJD-JBT_
4. Approximate filing date: _4/10/14 3:14 PM EDT_
5. If not still pending, date of dismissal: _April 10th, 2014 without prejudice_
6. Reason for dismissal: _Failour to Comply with Strictures of Fed.R.Civ.P._
7. Facts and claims of case: _Temp. Restraining order, this Class. 65 & local Team Knew I was assaulted & in fear for my life from_ R.4.05;4.06

   **(Attach additional pages as necessary to list other federal court cases.)**
   _being transfered back to Santa Rosa CI, I had even asked for protection against staff & was outright refused, & that my life was in immenent danger & still sent me back knowing I am in fear for my life!_

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B))* in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )                    No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a.  Plaintiff(s): _____ N/A _____
   b.  Defendant(s): _____ N/A _____
2. District and judicial division: _____ N/A _____
3. Name of judge: _____ N/A _____ Case #: _ N/A _____
4. Approximate filing date: _____ N/A _____
5. If not still pending, date of dismissal: _____ N/A _____
6. Reason for dismissal: _____ N/A _____
7. Facts and claims of case: _____ N/A _____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )          ⊋ No(✓) I'm gonna say no but I'm not sure if I have or have not.

1. Parties to previous action:
   a.  Plaintiff(s): _____ N/A _____
   b.  Defendant(s): _____ N/A _____
2. District and judicial division: _ N/A _____
3. Name of judge: _____ N/A _____ Case Docket # _ N/A _
4. Approximate filing date: _ N/A _____ Dismissal date: _ N/A _
5. Reason for dismissal: _____ N/A _____

**(Attach additional pages as necessary to list cases.)**

6

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On 4/16/13 I was taken from the infirmary against my will by officer's I knew was going to hurt me, & I knew this because Col. White gave orders for G-dorm to come pick me up & some officers that were mad at me from F-dorm came to pick me up around 4:30 PM & brought me to F-dorm till it got dark around 11:28 PM the incident Report says then decided to transport me from F-dorm to G-dorm where Col. White ordered me to go from the infirmary in the first place. When we exited F-dorms front door, officer W. Dukes was standing just outside the door while SGT. Shawn Norris was leading me by my left arm & officer Walter White was leading me by my right arm, I was out the door black-bocked & waist chained behind my back with shackles on & I heard shuffling feet & said & felt the shackles being pulled & yanking almost breaking my right ankle & I only felt for a second, me landing on the right side of my face. then I felt the person on my left side, SGT. Shawn Norris kick my left side of my chin trying to kick me in the throat then kicked me in my left eye which left a scarred Boot print from his boot imbedded in my skin, to date which is still there. 5/22/14, I lost a chunk of meat from the Left side of my chin about 1"x1", at this time officer Walter White had crushed my nose with a couple of cheep shots to my face while SGT. Norris did the rest of the damage to me; this all happened to me right after SGT. Shawn Norris got done calling in the transport of me going from F-dorm to G-dorm where my property & room

7

Was already set up for me to Live in, it was all plainly a big set up for me to get Brutally Beaten. I have 2 Federal Eye witness's, Camera's, Doctors, that State these defendants tried to "Kill" me, a couple of dentist, one who did the reconstructive Surgery on my upper face, all who will testify to the damage & how it got there, Mental Health doctors that will testify at RMC to the Mental Anguish, & Mental Stress I've been going through since this has happened to me on 4/16/13. The 2 Eye witness's are

Dennis Ray Bragg Jr. #A-V27626 & Richard Olson #124420 Dennis, Eye witnessed the Brutal Beating on 4/16/13, Richard witnessed other beatings as Retalliation for filing this law Suite. There is much more to this Case Like the the Refusal of protective Custody against Staff, Doc' officers & Medical Staff aswell & there will be further Suites but for now this is directly the persons Involved with the Brutal Beating. Was Left with 2 plates & Screws in the Leftside of my face & 1 plate & Screw in the rightside with wire mesh.

/s/ Ellie Howe

DC# 0-165943 /Loc. G-1121

Santa Rosa Corr. Inst.

5850 E. Milton Rd.

Milton, FLA 32583

5/21/14
Date

P.S. If I was Layed on the Sidewalk as gently as possible as the Incident report says & was wearing my seizure helmet at the time & was guided to the Side walk by 2, possibly 3 officers, how did I have So much damage that required reconstructive Surgery & how did I end up with SGT. Shaun Morris's Boot Print Stamped into the Leftside of my face, was it a seizure when I Landed on my right side & ended up with all the damage to my Leftside, Huh it just don't add up.

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

#1) Cruel & Unusual Punishment — 8th Const. Amendment Violation
#2) 14th Const. Violation — Equal Protection of the Law & of Life & Liberty & Deliberant Indifference, Negligence.

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I wish this Honorable Court to grant me a Monetary Judgment for $11,000,000 for pain, Surgeries done to repair the damages Mental Stress, Mental Anguish, on going, for State housing hospital bills, for all Legal fees & for the second Series of beatings I recieved for filing this lawsuit, out of Retaliation.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

5/21/14
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _____ day of _____, 20____.

(Signature of Plaintiff)

Revised 07/02

8

"Exhibit A"

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
"Exhibit A" 9 P's Both sides

Mail Number: _____
Team Number: 40
Institution: RMC

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Dental ☑ "Col WHITE" |
|---|---|---|---|
| | ☐ Asst. Warden | ☑ Security ☐ Medical | ☐ Other Santa Rosa CI |
| | | ☐ Mental Health | |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Erlin Howes | 165943 | K-3106 | N/A | 6/13/13 |

**REQUEST**                                    Check here if this is an informal grievance ☑

Sir I have to refer back to my notes on 4/13/13 or before this incident took place with the Nurse's & Your at Recept that totally devistated my life & rocked mine & my families world. I will never get over what had happened to me on the night of 4/16/13 by your Nurse's or the 3 officers & 1 SGT. that broke 5 bones in my face & rocked my soul forever, Sgt I can say this LT Brown in Gidwin, LT Germain, LT Gielow in Reklow LT Gray especically officer Jambus in Rekow & all of the nurse's at Santa Rosa CI Like the Col Red hair nurse of whom I dont Know her name, in which, I'll get back to, & a few others ought to be proud to serve under you & the Warden there at Santa Rosa CI; I'm very glad they were there to save my behind more than once even after writing Mrs. Nichols up after + Sat

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED: _____

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.|

Official (Signature): _____                Date: _____

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.
Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
DC6-236 (Effective 10/19/09) (Technical Change 1/6/10)
Incorporated by Reference in Rule 33-103.019, F.A.C.

Note:- Informal Grievance to Col. White, from Reception Medical Center, mailed to Santa Rosa CI after getting No response from the many other Informal grievance's wrote to different people at Santa Rosa CI on this Brutal Beating that happened on 4/16/13, this one was copied before it was mailed from RMC.

E. Howel
#165943/G-1121

Cont. pg. #2 of Informal Grievance
To Col. White at Santa Rosa CI

asking her to keep her nurses away from me
when I have a seizure because her nurses were
running around telling your officers that I was faking
my seizures & that per chapt 33 I legally had the
right to do so, I can refuse all medical assistance,
the only thing I can't refuse is housing by medical
or any other staff, the nurse's, Mrs. Pam or Pat got
written up by L.T. Brown for refusing to come to a
seizure I had while I was in B-dorm & this nurse
was in C-dorm, at the time SGT Brown was trying
to get someone there quick because I was bleeding
pretty bad from my head wound from a seizure, she
told SGT Brown that it wasn't her dorm, so she
wasn't coming to check on me, on another occasion
another Lady got written up for basically the
same thing but she was trying to go home, Sir
this brutal beating took place, because as I feared
the nurse's talked your officer's into doing this,
the night nurse Mrs. Hout or Houton, Redish hair glasses,
& the officer (Black) watching over the Medical.
Unit in back set me up 4/16/13, the other nurses
came in by sharing my medical file without my
permission, filing false reports & spreading
"Rumors" that I was faking my seizures
to get me beat up, just like what happened
to me, Sir, I'm sorry to say but your officers defied
your orders like you had no rank, like you were
nothing but another CO1, when they took me from
the Infirmary & put me back in F-dorm so the
so they & the yard officer could brutally beat
my face in & that they did, on the orders of the
head night nurse Mrs. Hout or Houton on 4/16/13.
        Sir, I'm not sure of any dates but I'll be close.

to the date & times, as close as I can come up with.
I think that not only you but a lot of staff knew
that this was coming, thats why you said & I quote
"four weeks in Medical" when you asked me what
the saying was made out of that I tried to
hang myself with, earlier in the week of Courts.
I said "through, that when you asked about the cell
phones & a "then you said you would give me a "New
Start" by placing me in another dorm I sinced
changes "Danger" by being in F-dorm, Like you
knew something like this was about to happen
but I put my full trust in you & the Warden that
came to see me in the Infirmary. I believe that
day of 5/15/13 & basically told me everything was
going to be ok. Col. White, I trusted you & believed in
you & your the Warden did what you said you were
going to do, I have no problem with that, what I do
have a problem with is the fact that those
officers were able to walk in the Infirmary
after you gave orders for me to go to G-dorm,
they  & almost killed me, that state me I just made
what "kitting me" Come out of a Seizure Physicians
with after I had it done reconstructive
Surgery on my face & lips to write & Dr. Skye
else Then my husband that & you & that &
so sure is only you to call that & —— is re-
whether the little —— Mental Health Doctor
who came & spoke with me, I want to say on
5/15/13 & on His Hunex who reviewed my file &
made a written recommendation that I be transferred
because of what might happen to me from
inmates & of that & because of this matter by telling
everone & sharing my medical & that & the me article

-4-

saying I was faking my seizures & playing games
with them to get me beat up, I wish I had
the Informal Grievances I wrote to Mrs Nichols
& Dr. Rommel, her Superior on how much I feared
that this exact thing was going to happen to me
if they did not stop what they were doing & the
numerous times I asked Mrs. Nichols & numerous
officers not to help me if they walked by my
Cell, wherever I was, & seen me on the floor
because I would come out of it & I was in fear of
my life if the officers did come in & think I
was playing & kick me around while I was on
the floor seizing from a Brain Surgery that
took place on 6/23/09 from a Tumor that had
been removed. So, these officers & Nurses
knew beyond a doubt that if I did get beat up
that I could go into whats called an "epileptic
Coma" & me having a DNR in my file would
have killed me, but with Malicious Intent
still told the officers to do what they did!
      On 4/16/13, like I told you, I'm not
Sure on times or dates, I left the Infirmary
on your orders, this officer, no disrespect
intended from C-dorm is one of the fattest
officers you have on Santa Rosa's Compound,
Came to get me & was confronted by the Black
officer that was security officer for the infirmary
the one thats kind of Red skinned with darker
like moles & spots on his face, the one who
was working with the head night nurse on
4/16/13, even though I don't know these officers
names, they can't change when they worked
& the cameras, enough to figure out who these

.5.

folks ass sis, it dont take Shirlock Holmes to
do so, so this G-dorm office is confronted by
this black office asking him were I'm going
the big office tell him, "My dorm G-dorm, he,
tells him we got the call around 3:00 & the
Black office is shaking his head with the phone
in his hand & makes a phone call to what I now
belive was the SGT. in F-dorm & was told to
send me back there In my old room 2119-L, little
did I know that my propert & mattress were
already in my assigned room G-3119-L, F-dorm
officers took me back to F-dorm to wait till it
was dark enough outside then decided to put me
in 4-Point restraints, black boxed behind my back
& Shackled & transport me from F-dorm to G-dorm
it was about 10:30 to 11:10", we went out of
F-dorms door & this SGT. who was on my
left arm, got his radio & called the transport in,
J. Beaudry had my right arm & the young yard
officer, White with a sunburn on his arms
& a tattoo of identical prison barbed wire bands
around the right & the left forearms was
standing behind me, when I looked back it
was already to late, at the sound of shuffling
feet I turned just in time to see the yard officer
bending & reaching for my shackles, the next
thing I felt was the shackles being pulled from
under me & both officers let go of my arms
& down I went, I fell on my "rightside" which
split my cheek & breaks the first bone in my face
I remember getting punched by J. Beaudry a few
times but mostly the kicks in the leftside & ribs
the chin & throat that took a hunk of meat out of the

-6-

Leftside of my chin & the cheek & Left eye & nose
then I went out, when I woke up, NURSE Delt
another white lady with glass with a black
sling on her right arm were fixing me up, at the
time neither of them knew I had the 5 broke
bones in my face but if I remember right, had put
me in for a follow up with the head day time
NURSE/wanta be Doctor who refused to see me
of course, she couldn't stand me, she did
everything in her power to make me miserable,
anyhow some one ordered me an x-ray of my jaw
& they said NOThing was wrong with me just
like the x-ray that was taken 3 to 5 weeks
prior to the jaw x-ray for my right cheek
which was also okay according to them, as a matter
of fact I couldn't get not a single Tylenol or anything
from Medical & told my family what had happened
& they called the Govener & I was transfered to
RMC for dental, I went to Sick-Call they sent
me to have a CT scan, on 5/9/13 at about 11:00 AM
I had my first one, he told me & I quote after I
asked him to look at the dislocated bone in my
left eye from the Brutal Beating that my Left eye
wasn't dislocated, it is crushed & that I need
surgery soon before I went blind, so I guess
he referred me to a specialist but before I
could go, I had a seizure on 5/12/13, they called
an outside Ambulance to come get me, I went
to Shands in Gainesville, they took another CT scan
& told me I had 3 broken on my leftside of my
face, 1 to the Rightside of my face & a crushed
nose, when I got back to RMC they sent me
to a Doctor Skigen who promptly operated on

.7.

me on 5/20/13 at Jacksonville Memorial whom also
took x-rays, / EEGs/ & CT scans, So is there is no faking
anything not the Seizures, the broken bones or
the Brutal Beating I got all because some 4 jerks
wanted to kiss some Headnight nurses butt
& play super Hero & beat me up like the
Cowards they are & for the nurses they helped
Set all this up SPT. I don't know if you have any
controll over them but they are going to get
Someone killed & its all going to be on your
hands, dont let them do it, your to good
of a man. There dirty Col, you probably
know but just have not caught them yet
but you will when I file this in Court, that
is no threat, thats a heads up seeing you & the Major
tryed your hardest to help me out & Some renagade
officers defied your orders, on there own & almost
killed me on the night of 4/16/13 & Claimed I had
a seizure, If I had of had a seizure sir I
wouldnt be able to tell you half of
what happened to me & think this way, while
leaving F-dorm with J.Beaudry, the one who had my
right arm & SGT. who had my leftarm & the Rec. officer
Clare behind, all in there 20's or 30's & fit, how did I fall for sutisse
& with my seizure Helmet on ended up with 5 broken bones in my face
& a "Boot Print" scarred to this day on the leftside of my face, I dont
see how that could happen seeing I landed on my rightside
& on grass, I know this for a fact for 2 reasons #1) The point
of impact on my seizure Helmet I had on, the FX was grass
stuck in it from were I landed & #2) I saw myself
hit the grass, this isnt Normal for

-9-

my seizure activity, just look in my Medical
file, I will sign a release for you to do so
if you wish, most of my seizures have been
structual damage to the right side & I have the
scarred face to prove it, if I fell on my right side
then how did I get the 3 broken bones on my left side
& the Boot Print on my left side, come on Cpl
it doesn't take much to figure that out & I know
you are a smart man from just speaking to you
on 4/5 or 4/6, my memory isn't the greatest after
that abuse I took.

OK, back to the Red headed nurse, as I said I
would one day after I was beat almost to death,
she was passing out meds & she saw my face &
made the comment, "It looks like you got beat up"
in which I confirmed to her quietly & even asked
her to keep it quite by holding my pointing finger
to my lips & saying shoosh! & she left, I'm telling
you that to tell you this sir, the injuries I had
did NOT look like I had a seizure & she said that
& so did other people that didn't say anything like
when they put me in G-3119 after this happened,
I tried to bend over to get my blanket from
the floor that my property was wrapped in
& fell to the floor & was shaking from being cold
& week from the Brutal Malicious beating I took
that the G-door officer doing security rounds
thought I was seizing & called the SGT, the
first one through the door with the shield was
the SGT that almost killed me, he bent over me
& said something to this effect, & I won't quote
his exact words but they were something like
this; ~~strikethrough text~~ if you still want

-9-

to play, We can do this again, "Right Then Col.
White I Know Medical was involved for sure
I Knew the way the officer was acting funny
in the infirmery to, but thats besides the
point. Anyhow Col. White when I got into
the nurses Station I couldn't speak because as
you Know my upper jaw was broke on both sides
So I asked nurse Del to use her pen, she asked the
SGT. behind me, the one who Beat me & I wrote
4 words on a piece of paper she had, "NO Seizures,
Week, Cold," I was telling her neither time
did I have a seizure & that I was week
& Cold from the Beating I took, if she caught on
she didn't show it, but sent me back to my
Cell, from there on medical took 1 x-ray & said
theirs nothing wrong & wouldn't do nothing
for me 'till my nephew called the Govenor
& I was shipped to RMC for dental without
Signing a Consent, Sir this is what happened
to me on 4/16/13.

P.s. This Grievance is among the
Many I've sent out, Formal
& Informal that I never
got a response to so I'm            Thank You,
making a copy of this one.
                                        Eddie Howard #O-165943
                                        RMC #209
   6/3/13                               7765 S CR #231
   Date                                 PO Box #628
                                        Lake Butler, Florida
                                                        32054

# GENERAL AFFIDAVIT

STATE OF FLORIDA                    *Declaration of;*
COUNTY OF _Lake Butler_                        10

I, _Elin J. Howes_ , do hereby swear or affirm that the following
statement is true and correct, and make of my own free will, from my own personal knowledge.

On _4/16/14_ , 20 1 4, at approximately _11:00 PM_ AM/PM. I was taken
against my will & against the will & orders of Col. White
back to a dorm where I had just tried to hang myself
because the officers were quite mad at me, the Col. ordered
the officers to come get me from the infirmery & bring
me to G-dorm from that moment on the way back to
F-dorm I knew my life was in danger, to make a long
story short, I was jumped when I was being brought
to the dorm the Col. ordered them to bring me in the first
place by CO-1 W. Dukes, ©1 J. Beaudry & S.G.T. Haines, they
crushed both sides of my face & my nose so bad, I
spent 2 or 3 month at RMC having reconstructive
surgery were I have 2 plates & screws on my left
side, 1 plate & screws on my right, while at RMC I
begged Classification, the Warden, the Inspectors
& the I.G's office for my life to no avail they
sent me back to Santa Rosa C.I Dec. 5th 2013 &
not even a month & a half later I was beaten 3
more times for filing a law suite against them offrers,
I have an eye witness to the first beating & 2 witness's
to 2 out of the 3 other beatings between Dec. 5th
2013 & March 1st 2014 now I'm asking these people
at RMC for Protective Custody against the Staff
members at Santa Rosa C.I. & being laughed at
& refused protective Custody all around the board
I can't take any more beatings, please stop

10

them from killing me, I don't want to die, if I'm sent back one more time, I won't make it, I'm begging whomever reads this for my life, I'm not playing any games, look at what they have already done to me, if y'all going to just let them kill me, just tell me, I can't take any more of this torture! I have 2 inmates, 1 Doctor (Dentist) & my Surgeon Doctor as witness's to this abuse, it's also some witness's from Mental Health here at R.M.C, so this is not something I'm making up, I do have proof in my medical files.

**UNDER THE PENALTIES OF PERJURY**, I declare that I have read the foregoing sworn affidavit and the facts stated herein are true and correct in accordance with section 92.525 (2007), Florida Statutes.

Executed on this  29  day of  March  2014

Respectfully submitted,

/S/ Elvin Howard #165943/K-3119-L

(printed name) Elvin Howard

(address) RMC # 209

7765 S. CR. # 231

P.O. Box # 628

Lake Butler, FLA

32054-0628

In the Circuit Court
For the Middle District of Florida
Jacksonville Division

Erlin Howes,
    Plaintiff,
V.
Reception and Medical
Classification Team,
    Defendants.

Declaration of
Richard Olson

Civil Action No. 3:14-CV-00413-BT-JBT

Filed 04/17/14 USDCFlaN 246

Richard Olson Olson hereby declares: On or About
12-18-13 I was laying in my bed quietly, just
thinking. In Santa Rosa C.I., G-Building, 2122.
Prisoner Erlin Howes was my neighbor in cell
2121. He was also my neighbor in cell 3122
K-Building At RMC, Lake Butler, Florida. He
told me how he was beaten pretty bad At Santa
Rosa when we were side by side At (RMC) Reception
Medical Center. He was at Santa (RMC) to get
reconstructive surgery on the cheek of his face
from the beating he took at Santa Rosa CI by
those correctional officers, I left him at RMC
the day before Thanksgiving 2013 and went back to
Santa Rosa. Then a few weeks later Howes came
back to Santa Rosa and moved him right next door
to me in cell G-2121. He was telling everybody
At RMC that he couldn't go back to Santa Rosa
because his life was in danger. I was really
surprised when I saw him. Anyway, I heard
officers stopping by his cell talking crazy to
him, telling him they got something for him
now. They even planted a knife or sharp piece
of metal in his room. Found him guilty and

Kept him on CMT And give him 60 days D.C.
Time.

One morning I heard his door open And
I heard open And Then I heard him scream
out, "You Are Killing me!" Loud moans and grue
noises, then they brought him by my door
And he was crying, it seemed, covered in
Blood. I told myself, They got him Again.
The talk was, it was over that law suit
he filed Against them for the first Assault

Then there was another time there was
A lot of comotion And two officers Again
brought Howes out of his cell Bloody. I
dont remember exactly what he was say-
ing that time, but it woke me up. The First
Time though, I know for sure those Two
Officers were in there beating him up
really bad.

I declare under penalty of perjury that the
foregoing is True And correct. Executed At
the Reception/medical center on ~~the~~ April
                                                , 29th 2014

                    Richard Olson #124420
                    Richard Olson, #124420

Ps. By Erlin Howes,
Richard Olson had returned to RMC
& I Erlen f. Howes asked him to sign
this Declaration that he did not
sign before he was sent back to
Santa Rosa Corr. Inst.

Northern District of Florida
Pensacola, Division

Erlin Howes
    Petitioner,

v,

Dept of Correction's
State of FLA,
    Defendant.

Case # 3:13CV443-LC/CJK

### Motion of Const. Violation as Retaliation

Now Comes Petitioner, Erlin J. Howes, With
an official Motion, & has no idea what to call it,
begging for ones Life, Liberty & Equal Protection of the
Law under the 14th Const. Amendment & under the 5th
Const. Amendment, nor shall the petitioner be deprived
of Life, or Liberty without Compensation, nor shall
the petiontioner be subject to Cruel & Unusual Punish-
ment under the 8th Constitutional Amendment for
Physical, Mental Health or Medical Retaliation for
Exercising his rights to the Grievance & Civil Rights
Complaint, under 42 U.S.C. § 1983 Tort Claims Act as
Retaliation for doing So.

        The petioner came to this Honorable
Court because on 8/31/13 he fell out in his Cell
because he was overdosed for approximatly 3 to 4
days in a row on his own Seizure Medications
after reporting it to the officers & medication

Nurses that petitioner Could Not talk or walk there fore slamming his head into the Metal bunks, the Metal Lockers & Metal Sink & Toilet & Floor hard Enough to split his face & skull to the bone, had to go to Urgent Care at RMC (E.R) to be detoxed from the overdose, which is now part of petitioners Medical file.

Call it accidental or on purpose, My family came "Close" to coming to RMC's Morque to pick up a corpse for Burial. Petitioner has his opinion on the matter & so do other Inmates as the Court can see in "Exibit A", after petitioner told another inmate what happened on 8/31/13, his responce in what us inmates call "Kites" is asks as you see it in "Exibit A" where he thinks someone tried to kill petitioner on purpose for retaliation reasons, where D.o.C Staff officers' already tried to kill him once, they crushed the Leftside of petitioners face, Crushed his nose & broke a bone on the rightside of petioners face, not to mention left a D.o.C staff members "Boot Print" "scarred" to the Leftside of petioners face, that Everyone has refused to photograph, Right now, you can still see were it was, were he used his Boot to crush petioners face, this is according to a CTscan on 5/9/13 at RMC & the opinion of the man who took the CTscan, So yes, petitioner thinks it was done on purpose, of Course what happened to petitioner, who wouldn't? Petitioner has had Brain Surgery 6/23/09 & according to Urgent Care at RMC

(ER) is a _____ what these officers did at Santa Rosa Corr. Inst. was surely meant to kill the petitioner & make it look like an accident because the D.O.C. officers told Medical, petitioner had a Seizure on 4/16/13, there has never been a seizure in history to brake 5 bones on both sides of the face & leave a Boot Print scarred into the face itself.

I'm sure this honorable Court has heard it all but now this Court can see how much the petitioner needs that Emergency Injunction & the help of an Attorney to save the life that the petitioners' begging this Honorable Court to save, his own.

Also, to stop the Constitutional Violations that could cost the petitioner his life the longer he goes without help, at least the petitioner is letting it be known.

The petitioner is not only seeking the help of this Honorable Court to stop the Const. Violations or to get the Emergency Injunction or to get an attorney before its to Late, but to save him from another unspeakable "Brutal Beating" & help him get Protective Custody from the people responsible at Santa Rosa Corr. Inst. alone

9/1/13
DATE

Respectfully Submitted,
Erly J. Howe #0-165943
RMC #209
7765 S. CR #231
P.O. Box #628
Lake Butler, Fla.
32054-0628

## CERTIFICATE OF SERVICE

*This Motion*

I CERTIFY that a true and correct copy of the foregoing Notice of ~~Motion~~ has been furnished to the below listed state agencies/offices via hand delivery to prison officials on _____ 9/2/13 _____ .

United States District Court (Only)
N. District of Fla.
1 Northern PalaFox St, STE #226
PensaCola, Fla. 32502

_____    _____

_____    _____

Erlin S. Howard
# 0-165943 , pro se
Case # 3:13 CV 443-LC/CJK

P.S. Was only sent to the
Court itself to protect the
Witness Who has only one
Leg & has to Live here & to
Protect (Joe) Olsen, Richard
# 124420, if the Courts need
to speek to him its the Same
address as the petitioner.

United States District Court
Northern District of Florida
Pensacola Division

Erlin Howes
     Plaintiff,

V.                                    Case # 3:13CV443/LC/CJK

Department of
Corrections, et al.,

_____

     Defendant.

## Motion for Discovery

Comes Now, Erlin Howes the Plaintiff
a Civil Rights Complaint 42 U.S.C. § 1983, by & through
a se rights at this time & ask this Honorable Court
compel Santa Rosa CI to release the names of,
a Black Medical security officer in the Infirmary
the day of 4/16/13 at about 5:00 PM whom is on
m re.

     Also to release this Head Night 
's name whom was working the night of 4/14/13

     Also to release the young guard of time
with the identifiable Barbed wire tattoos
his left & right forearms, who transported

Filed 12/13/13 USDC FLND 0112

Eolin Howes back to F-Dorm were he was not suppose to go for the Brutal Beating that he took. (officer CO-1 W. Dukes) and infraction 4/16/13

Also the SGT's name who worked F-Dorm at Santa Rosa C'I on the night of 4/16/13 & is the Regular SGT of that dorm & who called in the transport from F-dorm to G-dorm on the night Howes was Beat.

Also to a full veiwing of his Medical & Mental Health Jacket & Copies there of if needed.

Wherefore, the plaintiff being entitled to a full discovery & an opportunity to adequately defend his allegations that he made can prove against these Medical Staff & D.O.C. officers for braking 5 facial bones & for Medical erring it up, Respectfully moves this Court to order Department of Corrections, State of Florida, Santa Rosa Corr Inst. to produce this information for Plaintiff to complete his 1983 Tort Claim & other Departmental Financial Forms as wells.ll.

The Plaintiff respectfully request that Honorable Court ask that the State ask that this information is obtained within a reasonable amount of time so the plaintiff can finish his legal procedures within State Laws & Statues.

I HearBY CERTIFY That a true & Correct copy of the foregoing was hand-delivered to the officer at RMC to be sent to the proper people it is to be delivered to: Clerk, U.S. District Court, Northern District of FLA., 1 N. PALM Fox ST. STE #206, Pensacola, FLA 32502, State Attorney, Department of Insurance, Division of Risk Management, Santa Rosa CI, Department of Financial Services

Respectfully Submitted,
Eddie T. Howard
# 165943 / K-3106-L
RMC #209
7765 S. CR 231
P.O. Box #628
Lake butler, FLA.
                    32054

8/26/13
Date



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

September 10, 2013

Mr. Erlin Howes, #165943
Reception Medical Center
#209
Post Office Box 628
Lake Butler, FL  32054

Dear Mr. Howes:

This letter is in response to the correspondence you addressed to the FBI in which you allege inmates have been assaulted by correctional officers.

While your allegation may constitute a Federal Civil Rights violation, there is not enough information to make a proper determination.  Please provide specific details of the incidents, to include: details of the altercation, names of the victims, dates of incidents, type and severity of injuries sustained, and names of any witnesses.  Please send your original complaint and the requested information to the FBI's Jacksonville Division, located at 6061 Gate Parkway, Jacksonville, FL 32256.

Sincerely yours,

Matthew W. Drake
Chief, Civil Rights Unit
Criminal Investigative Division

*Exhibit B*

## DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

| | | | |
|---|---|---|---|
| Reporting Institution: | Santa Rosa Correctional Institution | Incident Report Number: | 13-1144-119 |
| Reporting Employee: | Lieutenant Larry Crocker | PREA Number: | |
| Employee ID Number: | 4727 | Date of incident: | April 12, 2013 |
| Person(s) Involved: | Inmate Howes, Erlin DC#165943 | Time of incident: | 11:00am |
| | Inmate Watts, Cortez DC#P36951 | Witness(es): | |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☐ Yes ☒ No | Disciplinary Report Initiated: | ☐ Yes ☒ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☐ Yes ☒ No Time: | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☐ Yes ☒ No Time: | Duty Officer Name: | Taylor |

Supporting Documents Attached    YES

**DETAILS OF INCIDENT:**  On April 12, 2013 at approximately 11:00am while assigned as F Dormitory Housing Lieutenant I received word from Inmate Howes, Erlin DC#165943 housed in F2116L, that he wanted to speak to me about a possible escape attempt. I interviewed Inmate Howes who stated that Inmate Watts, Cortez DC#P36951 housed in B2119 was planning an escape on April 19, 2013, when he is supposed to be going out to court. He also stated that inmate Watts has family that works for the county and are supposed to be helping him with the escape. He also stated that he thinks there might be a handcuff key that inmate Watts will have access to. Inmate Howes provided a DC6-112C. This report written

| | | |
|---|---|---|
| Lieutenant Larry Crocker | LC [signature] | February 21, 2013 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/Department Head**
**COMMENT:** Inmate Howes was interviewed and provided a DC6-112C. Inmate Watts cell was searched on April 6, 2013 with a handcuff key being found. This incident requires a MINS report to be generated.  Verified by Secretary Specialist Inmate Watts is scheduled for court April 19, 2013 at Santa Rosa County. Forward to Correctional Officer Chief for review and further action. Copy to transport.

| | | |
|---|---|---|
| Lieutenant Larry Crocker | LC [signature] | March 22, 2013 |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

REVIEW: The referenced handcuffs Key incident was submitted via MINS # 0000497892 on 4-9-13. Forward to the Inspector Harris for further investigation reviewing the Escape allegation.

CC: Inspector Harris + Insp MGS Courtney

| | | |
|---|---|---|
| Major Herbert Foskey | MAJ H 7 [signature] | 4-15-13 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

REVIEW: Noted Colonel White ensure we have appropriate security Esc Out to Court TX.

| | | |
|---|---|---|
| Warden R.D. Comerford | [signature] | 4|15|13 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

## DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

| | | | |
|---|---|---|---|
| Reporting Institution: | Sante Rosa Correctional Institution | Incident Report Number: | 13-1180-119 |
| Reporting Employee: | Officer Walter White | PREA Number: | |
| Employee ID Number: | 64541 | Date of incident: | April 16, 2013 |
| Person(s) Involved: | Inmate Howes, Erlin DC#165943 | Time of incident: | 11:28pm |
| | Sergeant Shawn Norris | Witness(es): | |

| | | |
|---|---|---|
| Control Room Log Entry Made: | ☐ Yes ☒ No | |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | |
| Duty Warden Notified: | ☐ Yes ☒ No Time: | |
| EAC Notified: | ☐ Yes ☒ No Time: | |

| | |
|---|---|
| Disciplinary Report Initiated: | ☐ Yes ☒ No |
| Work Order Initiated: | ☐ Yes ☒ No |
| MINS Initiated: | ☐ Yes ☒ No |
| Duty Officer Name: | |

Supporting Documents Attached: YES

DETAILS OF INCIDENT: On April 16, 2013, I was assigned to Santa Rosa Correctional Institution Main Unit D Shift as a Close Management Housing Officer in F Dormitory. At approximately 11:28pm, Sergeant Shawn Norris and I were escorting Inmate Howes, Erlin DC#165943 from F Dormitory to G Dormitory. As we exited the front door of F Dormitory Inmate Howes began to shake and have what appeared to be a seizure. Sergeant Norris and I then attempted to lay Inmate Howes down on the sidewalk as carefully as possible. Lieutenant Mark Goldhagen and on duty medical staff were notified and responded to F Dormitory. Inmate Howes was then escorted to the G Dormitory medical triage room. Senior Licensed Practicing Nurse Deanna Barr conducted a medical examination of Inmate Howes and he was then secured in cell G2119.

| | | |
|---|---|---|
| Officer Walter White | [signature] | April 16, 2013 |
| Reporting Employee's Name (Print) | Reporting Employee's Signature | Date |

Shift Supervisor/ Department Head

COMMENT: Staff attempted to place Inmate Howes on the ground for his protection due to him having a seizure. No force was utilized during this incident. Nurse Barr did conduct a medical assessment of Inmate Howes with minor injuries to his face.

| | | |
|---|---|---|
| Lieutenant Mark Goldhagen | Lt. M.K. Goldhagen | April 16, 2013 |
| Shift Supervisor's/ Department Head's Name (Print) | Shift Supervisor's Signature | Date |

REVIEW: Noted for informational purposes. Medical staff responded to the location of the inmate at which time he was assessed and transported to the Medical triage Room of the CM Unit For further assessment. Inmate was wearing his state issued safety Helmet at the time of the escort. Inmate was released by Medical and secured in his assigned cell. No Force was

| | | |
|---|---|---|
| Major Herbert Foxley | Major H.F. | |
| Correctional Officer Chief's Name (Print) | Correctional Officer Chief's Signature | Date |

REVIEW: Noted

| | | |
|---|---|---|
| Warden R. Comerford | [signature] | 4/18/13 |
| Warden's Name (Print) | Warden's Signature | Date |

DC6-210 (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.        Page 1 of 2

The SOS's showing this could happen like, No what he says to others, & I have proof!
41

DEPARTMENT OF CORRECTIONS

INCIDENT REPORT

| | | | |
|---|---|---|---|
| Reporting Institution: | Santa Rosa Correctional Institution | Incident Report Number: | 13-0562-119 |
| Reporting Employee: | Sergeant Dustin Diamond | PREA Number: | |
| Employee ID Number: | 27067 | Date of Incident: | February 17, 2013 |
| Person(s) Involved: | Inmate Howes, Erlin DC#165943 | Time of Incident: | Approximately 2:32pm |
| | | Witness(es): | |

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes | ☐ No | Disciplinary Report Initiated: | ☐ Yes | ☒ No |
| Inmate Placed in Confinement: | ☐ Yes | ☒ No | Work Order Initiated: | ☐ Yes | ☒ No |
| Duty Warden Notified: | ☐ Yes | ☒ No Time: | MINS Initiated: | ☐ Yes | ☒ No |
| EAC Notified: | ☐ Yes | ☒ No Time: | Duty Officer Name: | | |
| Supporting Documents Attached | Yes | | | | |

**DETAILS OF INCIDENT:** On February 17, 2013; I was assigned as Santa Rosa Correctional Institution Main Unit A-Shift as the B-Dormitory Close Management Housing Sergeant. At approximately 2:32pm, I was conducting a security check in wing two along with Officer Kyle Hall. Officer Hall advised me that he observed Inmate Howes, Erin DC#165943 how is housed alone in cell B2120, lying on his cell floor having a seizure and was unresponsive. I notified the housing staff and Officer Jesse Moore responded with a non-electric concave plexi-glass shield. Inmate Howes remained unresponsive. I deemed it necessary after sufficient staff arrived to enter cell B2120. At approximately 2:34pm cell B2120 was breached and Myself along with Officer Moore entered cell B2120 and placed Inmate Howes state issued mattress between Inmate Howes and the lower bunk due to him actively seizing. Once Inmate Howes began to recover from his seizure Inmate Howes was placed in wrist restraints and assisted into wheelchair. Inmate Howes was removed from cell B2120 and assessed by medical and returned to security custody. Inmate Howes was returned to and secured in cell B2120 without incident. No force was used during this incident.

| Sergeant Dustin Diamond | | February 17, 2013 |
|---|---|---|
| Reporting Employee's Name (Print) | Reporting Employee's Signature | Date |

**Shift Supervisor/Department Head**
**COMMENT:** Inmate Howes was seen and treated by on duty medical staff Senior Registered Nurse Margaret Hardin and was released back to security. Nurse Hardin completed a DC4-701c Emergency Record and a DC4-708 Diagram of Injury form with no injuries noted, a copy of these forms are attached to this report. There was no force used during this incident. This incident was noted on Inmate Howes's DC6-229 Daily Record of Special Housing. Forward to Chief of Security for further review and disposition of this report.

| Lieutenant Patrick Germain | | February 17, 2013 |
|---|---|---|
| Shift Supervisor's/Department Head's Name (Print) | Shift Supervisor's Signature | Date |

**REVIEW:** life safety check conducted for the well being of this inmate.

| Colonel James S. White | | 2-18-13 |
|---|---|---|
| Correctional Officer Chief's Name (Print) | Correctional Officer Chief's Signature | Date |

**REVIEW:** Noted

| Warden R.D. Comerford | | 2/18/13 |
|---|---|---|
| Warden's Name (Print) | Warden's Signature | Date |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**INCIDENT REPORT**

| | | | |
|---|---|---|---|
| Reporting Institution: | Santa Rosa Correctional Institution | Incident Report Number: | 13-0827-119 |
| Reporting Employee: | Sergeant Ricky Dufrene | PREA Number: | |
| Employee ID Number: | 5943 | Date of Incident: | March 14, 2013 |
| Person(s) Involved: | Inmate Howes, Erlin DC#165943 | Time of Incident: | Approximately 12:20am |
| | | Witness (es): | |

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Control Room Log Entry Made: | ☐ | ☒ | Disciplinary Report Initiated: | ☐ | ☒ |
| Inmate Placed in Confinement: | ☐ | ☒ | Work Order Initiated: | ☐ | ☒ |
| Duty Warden Notified: | ☐ | ☒ Time: | MINS Initiated: | ☐ | ☒ |
| EAC Notified: | ☐ | ☒ Time: | Duty Officer Name: | | |
| Supporting Documents Attached | Yes | | | | |

**DETAILS OF INCIDENT:** On March 14, 2013 I was assigned to Santa Rosa C.I. Main Unit D Shift as the Close Management Housing Sergeant in B-dormitory. At approximately 12:20am I was notified by Officer H. Nowling that Inmate Howes, Erlin DC#165943 who is housed alone in cell B2120L was lying on the cell floor having what appeared to be a seizure. I informed Office R. Edwards who was in the officer station to notify medical and the shift supervisor. I then notified Officer M Queacnberry to retrieve the non electric concave Plexiglas shield and report to wing two. At approximately 12:25am assistant shift supervisor Lieutenant M. Goldhagen entered wing two. At approximately 12:32am Licensed Practical Nurse J. Parker entered B-dormitory wings two. At approximately 12:32am the cell door to cell B2120 was breached and I entered the cell followed by Officer Queacnberry utilizing the non electric concave Plexiglas shield. I placed wrist restraints on Inmate Howes. Officer Nowling entered and we assisted Inmate Howes into a sitting position. Licensed Practical Nurse J. Parker entered the cell and examined Inmate Howes. At approximately 12:37am Officer Queacnberry, Officer Nowling and I assisted Inmate Howes into a wheel chair. At approximately 12:37pm Inmate Howes exited cell B2120 and was escorted to the B-dormitory Medical Triage Room for further evaluation and treatment. At approximately 12:38am Inmate Howes entered the B-dormitory medical room and was examined and treated by Nurse J. Parker. A DC4-701C Emergency Room form and a DC4-708 Diagram of Injury form were completed. At approximately 12:50am Nurse Parker informed me that Inmate Howes was being returned to security. At approximately 12:51am Inmate Howes was escorted by officer Nowling and I back to his assigned cell B2120L. The door to bell B2120 was secured and Officer Nowling removed the wrist restraints. No force was used during this incident.

| | | |
|---|---|---|
| Sergeant Ricky Dufrene | ~~(signature)~~ | March 14, 2013 |
| Reporting Employee's Name (Print) | Reporting Employee's Signature | Date |

**Shift Supervisor**
**COMMENT:** Inmate Howes DC #165943 was seen by medical and evaluated after having what appeared to be a seizure. He was then returned his assigned cell without incident. No force was used during this incident.

| | | |
|---|---|---|
| Lt. M. K. Goldhagen | ~~Lt. M.K. Goldhagen~~ | March 14, 2013 |
| Shift Supervisor's/ Department Head's Name (Print) | Shift Supervisor's Signature | Date |

REVIEW: life safety conducted for the well being of this inmate.

| | | |
|---|---|---|
| Colonel J. S. White | ~~(signature)~~ | March 14, 2013 |
| Correctional Officer Chief's Name (Print) | Correctional Officer Chief's Signature | Date |

REVIEW: Noted

| | | |
|---|---|---|
| Warden R. Comerford | ~~(signature)~~ | March 14, 2013 |
| Warden's Name (Print) | Warden's Signature | Date |

45

## DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

Reporting Institution: Santa Rosa Correctional Institution

Incident Report Number: 13-0981-119

Reporting Employee: Officer Clayton Wright

PREA Number: _____

Employee ID Number: 32414

Date of incident: March 27, 2013

Person(s) Involved: Inmate Howes, Erlin DC#165943

Time of incident: 2:00PM

Witness(es): _____

| | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| Control Room Log Entry Made: | ☐ | ☒ | Disciplinary Report Initiated: | | ☐ | ☒ |
| Inmate Placed in Confinement: | ☐ | ☒ | Work Order Initiated: | | ☐ | ☒ |
| Duty Warden Notified: | ☐ | ☒ No Time: ____ | MINS Initiated: | | ☐ | ☒ |
| EAC Notified: | ☐ | ☒ No Time: ____ | Duty Officer Name: | ____ | | |

Supporting Documents Attached

DETAILS OF INCIDENT: On March 27, 2012, I was assigned to Santa Rosa C.I. Main Unit B Shift as a B Dormitory Close Management Housing Officer. At approximately 2:00pm, as I was conducting a routine security check of wing two, I approached cell B2120f, which houses Inmate Howes, Erlin DC#165943 alone. Upon looking into the cell, I observed that Inmate Howes appeared to be having a seizure. I attempted to gain Inmate Howes' attention, but he remained unresponsive to officer presence. I then summoned Sergeant Kenneth Raines and advised him of the situation. Lieutenant Walter Gielow, Sergeant Raines and Officer Jeffrey Jacobus then entered wing two with the non-electric concave Plexiglas shield as a precaution. Upon Lieutenant Gielow, Sergeant Raines and Officer Jacobus arriving at cell B2120, I again attempted to gain Inmate Howes attention, but he remained unresponsive to officer presence. At approximately 2:02pm, with sufficient staff present at cell B2120, the cell door was breached. Officer Jacobus entered the cell with the non-electric Plexiglas shield and placed the shield on Inmate Howes to protect staff as Sergeant Raines and I followed him into the cell and Lieutenant Gielow remained present at the cell door. Upon entering the cell, I applied wrist restraints to Inmate Howes and Officer Jacobus removed the shield. At that time, Inmate Howes became responsive, but remained disoriented and incoherent. I then retrieved a wheelchair and escorted to cell B2120. Upon entering, Officer Jacobus and I assisted Inmate Howes into the wheelchair and escorted Inmate Howes to the B Dormitory Medical Triage Room for medical assessment by Senior Licensed Practical Nurse Cindy Melo. Upon arrival in the medical triage room, Inmate Howes was assessed and examined by Nurse Melo. Upon completion of her evaluation and assessment, Nurse Melo returned Inmate Howes to security. Inmate Howes was returned to his assigned cell B2120 without any further incident. At no time was force utilized during this incident. Shift OIC was notified and authorized this report.

Officer Clayton Wright
Reporting Employee's Name (Print)

Reporting Employee's Signature

March 27, 2013
Date

47

Shift Supervisor/Department Head

COMMENT: This life safety check was necessary due to Inmate Howes being unresponsive and unable to acknowledge officer presence. The non-electric concave Plexiglas shield was utilized before the officer's entered the cell to ensure the safety of staff. After entering the cell, Inmate Howes became responsive, but remained disoriented and incoherent and complied with all orders given to him. Inmate Howes was escorted to the B-dormitory medical triage room for assessment by Nurse Melo. Upon completion of her assessment, Nurse Melo returned him to security. Inmate Howes was then placed and secured back into his assigned cell B2120 without further incident. Inmate Howes completed a DC6-112C. Witness statement form which is attached to this report. No force was utilized during this incident. This report is filed for informational and documentation purposes.

Lieutenant Walter Gielow
Shift Supervisor's Department Head's Name (Print)

W. Gielow

March 27, 2013
Date

REVIEW: Life and Safety Check was conducted to ensure the safety and welfare of the inmate was maintained. No Force was utilized. Concur with Action taken.

Colonel James S. White
Correctional Officer Chief's Name (Print)

James HS Jr

3-28-13
Date

REVIEW: Noted

Warden R. Comerford
Warden's Name (Print)

Warden's Signature

3/29/13
Date

DC6-210 (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.        Page 1 of 2

**DEPARTMENT OF CORRECTIONS**

**INCIDENT REPORT**

| | | | |
|---|---|---|---|
| Reporting Institution: | Santa Rosa Correctional Institution | Incident Report Number: | 13-1116-119 |
| Reporting Employees: | Officer Timothy Arrant | PREA Number: | |
| Employee ID Number: | 67883 | Date of Incident: | April 10, 2013 |
| Person(s) Involved: | Inmate Howes, Erlin DC#165943 | Time of Incident: | 10:35pm |
| | | Witness(es): | |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☐ Yes ☒ No | Disciplinary Report Initiated: | ☐ Yes ☒ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☐ Yes ☒ No Time: | MINS Initiated: | ☐ Yes ☒ No |
| EAC Notified: | ☐ Yes ☒ No Time: | Duty Officer Name: | |
| Supporting Documents Attached: NO | | | |

DETAILS OF INCIDENT: On April 10, 2013, I was assigned to Santa Rosa Correctional Institution Main Unit D Shift as a Close Management Housing Officer in F Dormitory. At approximately 10:35pm, I observed Inmate Howes, Erlin DC#165943 lying on the floor of his assigned cell, F2119, having what appeared to be a seizure. Sergeant Shawn Norris, Lieutenant Gregory Byrd and Officer Fredrick Young entered wing two with the non-electric concave Plexiglas shield. At approximately 10:37pm, the cell door was breached and Officer White entered the cell first with the non-electric concave Plexiglas shield, followed by Officer Young and myself. I placed wrist restraints on Inmate Howes. Inmate Howes was escorted from his cell to the F dormitory medical triage room. Senior Licensed Practiobic Nurse Tanustha Evans conducted a medical examination of Inmate Howes and returned him to security. Inmate Howes was then returned to his assigned cell without further incident. There was no force utilized during this incident.

| | | |
|---|---|---|
| Officer Timothy Arrant | *Timothy Arrant* | April 10, 2013 |
| Reporting Employee's Name (Print) | Reporting Employee's Signature | Date |

Shift Supervisor/ Department Head
COMMENT: Appropriate action taken by staff. This life safety check was necessary due to Inmate Howes having what appeared to be a seizure. I was present when staff entered the cell and no force was utilized during this incident. Nurse Evans did conduct a medical assessment of Inmate Howes with minor injuries to his face.

| | | |
|---|---|---|
| Lieutenant Gregory Byrd | *GByrd* | April 10, 2013 |
| Shift Supervisor's/ Department Head's Name (Print) | Shift Supervisor's Signature | Date |

REVIEW: Life safety check conducted with no force used during this incident. Nursing staff will complete the DC4-701c and DC4-708 upon her return to duty today

| | | |
|---|---|---|
| Major Herbert Foskey | *Major HLR* | 4-11-13 |
| Correctional Officer Chief's Name (Print) | Correctional Officer Chief's Signature | Date |

REVIEW: Noted.

| | | |
|---|---|---|
| Warden R. Comerford | *[signature]* | 4/11/13 |
| Warden's Name (Print) | Warden's Signature | Date |

DC6-210 (Effective 12/12)    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2

49

**FLORIDA DEPARTMENT OF CORRECTIONS**

**INCIDENT REPORT**

Reporting Institution: Santa Rosa Correctional Institution

Incident Report Number: 13-077-119

Reporting Employee: Sergeant Gary Brown

PREA Number: _____

Employee ID Number: 2609

Date of Incident: January 16, 2013

Person(s) Involved: Nurse Jamie Parker

Time of Incident: 4:53pm

Officer J. Bruhier, Officer A. White

Witness(es): _____

Inmate Howes, Erin DC# 165943

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Control Room Log Entry Made: | ☐ | ☒ | Disciplinary Report Initiated: | ☐ | ☒ |
| Inmate Placed in Confinement: | ☐ | ☒ | Work Order Initiated: | ☐ | ☒ |
| Duty Warden Notified: | ☐ | ☒ No  Time: | MINS Initiated: | ☐ | ☒ |
| EAC Notified: | ☐ | ☒ No  Time: | Duty Officer Name: | | |

Supporting Documents Attached _____

DETAILS OF INCIDENT: ____ On January 16, 2013, I was assigned to Santa Rosa Correctional Institution Main Unit B Shift as a Close Management Housing Sergeant in B dormitory. At Approximately 4:53pm I was notified by officer Bruhier that Inmate Howes, Erin DC#165943 was unresponsive with a possible seizures. At which time I notified Officer A. White to contact C-Dorm to have Nurse Parker respond to B- Dormitory for a Medical Emergency. Inmate Howes was not responsive. Officer White informed me that Nurse Parker said no. At which time I call C Dorm and spoke to Nurse Parker and said to me that she was not assigned to B Dormitory and I needed to speak to the Nurse that was assigned to B-Dorm. I again told Nurse Parker that I had an Inmate that was unresponsive and needed immediate medical assistance. Nurse Parker said to me, I don't care I am not going to that dorm call Nurse Denley. At approximately 4:59pm I contacted F-Dormitory to have Nurse Denley to report to B-Dormitory for a Medical Emergency.

Sergeant Gary Brown
Reporting Employee's Name (Print) _____  Reporting Employee's Signature _____  Date _____

Shift Supervisor
COMMENT: Copy of this report is to be forward Senior Registered Nurse Supervisor Richard Fennel for appropriate Actions.

Cathie B. R. Lee
Shift Supervisor's/ Department Head's Name (Print) _____  Shift Supervisor's Signature _____  Date _____

REVIEW: Forward a copy to the Senior Registered Nurse Supervisor.

cc: Mr. Fennel

Colonel James S. White
Correctional Officer Chief's Name (Print) _____  Correctional Officer Chief's Signature _____  Date 1-17-13

REVIEW: Noted. Obtain I/R from Nurse Parker, Mr. Fennel will address

Warden R. Comerford
Warden's Name (Print) _____  Warden's Signature _____  Date 1/17/13

DC6-210 (Effective 12/12)   Incorporated by Reference in Rule 33-602.210, F.A.C.   Page 1 of 2

51

## DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

Reporting Institution: Santa Rosa Correctional Institution

Incident Report Number: 13-0316-119

Reporting Employee: Sergeant Ricky Dufrene

PREA Number:

Employee ID Number: 5943

Date of Incident: January 26, 2013

Person(s) Involved: Inmate Howes, Erin DC#165943

Time of Incident: Approximately 11:30pm

Witness-(es):

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Control Room Log Entry Made: | ☐ | ☒ | Disciplinary Report Initiated: | ☐ | ☒ |
| Inmate Placed in Confinement: | ☐ | ☒ | Work Order Initiated: | ☐ | ☒ |
| Duty Warden Notified: | ☐ | ☒ No Time: ___ | MINS Initiated: | ☐ | ☒ |
| EAC Notified: | ☐ | ☒ No Time: ___ | Duty Officer Name: | ☐ | ☒ |

Supporting Documents Attached

DETAILS OF INCIDENT: On January 26, 2013 I was assigned to Santa Rosa C.I. Main Unit D Shift as the Close Management Housing Sergeant in B-dormitory. At approximately 11:30pm when Officer D. Young and I entered wing two to conduct a security check someone yelled man down in 20 bottom. I approached cell B2120L where Inmate Howes, Erin DC#165943 is housed alone. I observed Inmate Howes lying on the cell floor having what appeared to be a seizure. I informed Officer R. Harrison who was in the officer station to notify medical and the assistant shift supervisor. Officer Young departed the wing to retrieve the non electric concave Plexiglas shield. At approximately 11:32pm assistant shift supervisor Lieutenant D. Temples entered B-dormitory wing two. At approximately 11:33pm Officer H. Nowling entered the wing with a wheel chair and restraints and Officer Young returned. At approximately 11:34pm the cell door to cell B2120 was breached and I entered the cell utilizing the non electric concave Plexiglas shield followed by Officer H. Nowling and Officer D. Young. Officer H. Nowling placed leg restraints on Inmate Howes and Officer D. Young placed wrist restraints on Inmate Howes and placed him in a recovery position. At approximately 11:40pm Senior Licensed Practical Nurse D. Baz entered B-dormitory wing two cell B2120 and examined Inmate Howes. At approximately 11:41pm Officer Young, Officer Nowling and I assisted Inmate Howes into a wheel chair. At approximately 11:41pm Inmate Howes exited cell B2120 and was escorted to the B-dormitory Medical Triage Room for further evaluation and treatment. At approximately 11:42pm Inmate Howes entered the B-dormitory medical room and was examined and treated by Nurse Baz. A DC4-701C Emergency Room form and a DC4-708 Diagram of Injury form were completed with the following injuries noted. 3-4CM abrasion above both eyebrows, large knot above right eyebrow, small knot above left eyebrow, large bruised area on right cheek, small bruised area on left cheek area and 2 small abrasions on top of head. At approximately 12:00am Nurse Baz informed me that Inmate Howes was being returned to security. At approximately 12:00am Inmate Howes was escorted by Lieutenant Temples, Officer Nowling and I back to his assigned cell B2120L. Officer Nowling removed the leg restraint and assigned Inmate Howes into his cell. The cell door to cell B2120 was secured and Officer Nowling removed the wrist restraints. No force was used during this incident.

Sergeant Ricky Dufrene
Reporting Employee's Name (Print)

Reporting Employee's Signature

January 26, 2013
Date

Shift Supervisor/Department Head
COMMENT: I was present in B Dormitory during the cell entry. Proper protocol was utilized by all on site staff. The Plexiglas shield was used and restraints were placed on Inmate Howes. All additional steps were taken to eliminate any further injury to Inmate Howes. Following Nurse Baz's assessment of Inmate Howes, he was medically assisted to a wheel chair and transported to B Dormitory Medical Triage Room for assessment. Nurse Baz completed a DC4-708 (Diagram of Injury) and a DC4-701C (Emergency Room Record) and both forms are attached to this Incident report.

Lieutenant David Temples
Shift Supervisor's/Department Head's Name (Print)

Shift Supervisor's Signature

January 26, 2013.
Date

REVIEW: Forward to the Wardens Office for review

CC: medical, classifical (Kennell)

Colonel James S. White / Major Coleman
Correctional Officer Chief's Name (Print)

Correctional Officer Chief's Signature

1/28/13
Date

REVIEW: Noted.

Warden R. Comerford
Warden's Name (Print)

Warden's Signature

1/28/13
Date

## DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

| | |
|---|---|
| Reporting Institution: | Santa Rosa Correctional Institution |
| Reporting Employee: | Officer Michael Brady |
| Employee ID Number: | |
| Person(s) Involved: | Inmate Howes, Erlin DC#165943 |
| | Officer Sawyer Gillis |

| | |
|---|---|
| Incident Report Number: | 13-1191-119 |
| PREA Number: | |
| Date of Incident: | April 14, 2013 |
| Time of Incident: | 1:35pm |
| Witness(es): | Sergeant Scott Degreif |

Control Room Log Entry Made: ☐ Yes ☒ No
Inmate Placed in Confinement: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No  Time: 2:30pm
EAC Notified: ☒ Yes ☐ No  Time: 2:50pm
Supporting Documents Attached

Disciplinary Report Initiated: ☐ Yes ☒ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☐ Yes ☒ No
Duty Officer Name: Taft

**DETAILS OF INCIDENT:** On April 14, 2013, I was assigned as A-Shift Close Management Housing Officer in Foxtrot Dorm at Santa Rosa Correctional Institution Main Unit. At approximately 1:35pm, during a routine security check I observed Inmate Howes, Erlin DC#165943 who is housed in F2119, had is cell window covered. I ordered Inmate Howes to uncover the window but got no response. I opened the handcuffing portal observed Inmate Howes at the back of the cell in front of the window with a ligature around his neck. I ordered Inmate Howes again to come to the door but he failed to respond. I called for assistance. All attempts were made to gain Inmate Howes attention to no avail. It became necessary to perform a life safety check on Inmate Howes. Officer Gillis, and I entered cell F2119. As Sergeant Scott DeGreif arrived Officer Gillis retrieved the ligature cutters. I held Inmate Howes as Officer Gillis cut the ligature from around his Inmate Howes' neck. Inmate Howes showed no resistance was restrained and assisted into the wheel chair. Inmate Howes was seen by Senior Licensed Practical Nurse Patricia Smith. Inmate Howes was escorted to the Medical Infirmary for further medical evaluation. There was no force used during this incident. The Shift Supervisor was notified and authorized this report.

Officer Michael Brady
**Reporting Employee's Name (Print)**

_[signature: Michael Brady]_
**Reporting Employee's Signature**

4-14-13
**Date**

**Shift Supervisor/Department Head**
**COMMENT:** Inmate Howes was seen by on duty medical staff, Senior Licensed Practical Nurse Patricia Smith. Inmate Howes was escorted to the Medical Infirmary for further medical evaluation and placed in SHOS. This incident was notated on Inmate Howes DC6-229 Daily Record of Special Housing. Forward to Chief of Security for further review and disposition of this report. Officer Brady had gotten blood on his uniform shirt and was issued a new one. No staff were injured during this incident.  Duty Warden Courtney and EAC Duty Officer Taft were notified.

Lieutenant David Temples
**Shift Supervisor's/ Department Head's Name (Print)**

_[signature]_
**Shift Supervisor's Signature**

4-14-13
**Date**

**REVIEW:** A Life safety Check was conducted due to the listed inmate being unresponsive while having his cell window covered. A self injuries act was observed upon entering the cell. Inmate was assessed by Medical staff and placed in SHOs status in the Infirmary. MINS Report for 15m (Suicide Attempt)

Cc: MINS  488755

Colonel James White / Major Herbert Fork
**Correctional Officer Chief's Name (Print)**

Major H. Fork
**Correctional Officer Chief's Signature**

4-15-13
**Date**

**REVIEW:** Noted




Warden R.D. Comerford
**Warden's Name (Print)**

_[signature]_
**Warden's Signature**

4/15/13
**Date**

Cover Letter

Just afew Lines to Let you Know that
I wish to refile, Could you folks please Let me
Know if I've missed anything because I truelly
don't Know.

PROVIDED TO
SANTA ROSA C.I. ON
JUN 3 0 2014
FOR MAILING

PS please Respond?

Thank you,
Erlin Howel
#165943/G-1102-L
Santa Rosa Corr. Inst.
5850 E. Milton Rd.
Milton, Florida
32583

Rec'd0703'14UsDcFln3PM1237

Erlin Howes #165943/ G-1102-L M/u.
Santa Rosa Correctional Institution
5450 E. Milton Rd.
Milton, Florida
        32583

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

US POSTAGE)) PITNEY BOWES
ZIP 32583 $ 003.08⁰
02 1H
0001370476 JUL 01 2014

LEGAL MAIL

Clerk, US District Court
1 North Palafox ST, STE #226
Pensacola, Florida
        32502