UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERLIN JAMES HOWES,

    Plaintiff,

v.                                  Case No. 3:14cv320/LC/CJK

W. DYKES, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On November 18, 2015, the court directed plaintiff to submit three service copies of his complaint within thirty days. (Doc. 16). Plaintiff was advised that failing to submit the service copies would result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court. (*Id.*). Plaintiff requested additional time to provide the service copies. (Doc. 17). The court granted plaintiff's request, setting January 7, 2016, as the deadline for submitting the copies. (Doc. 18). Plaintiff, however, failed to comply. On January 11, 2016, the court ordered plaintiff to show cause within fourteen days why this case should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. (Doc. 21). To date, plaintiff has not submitted the service copies or

responded to the court's show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 1st day of February, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:14cv320/LC/CJK